United States Courts
Southern District of Texas
FILED

AUG 2 6 2015

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | §<br>§<br>§ | Criminal No. |
| v. | §<br>§<br>§ | **15 CR 466** |
| ADRIANA LIZETTE LUNA,<br>    Defendant. | §<br>§ | |

## Criminal Information

The United States Attorney charges:

That on or about March 9, 2012, in the Houston Division of the Southern District of Texas and elsewhere,

**Adriana Lizette Luna,**

defendant herein, aiding and abetting others and being aided and abetted by others, made and presented to the United States Treasury Department, through the Internal Revenue Service, a claim against the United States for payment of an income tax refund in the approximate material amount of $11,724.00, which defendant then and there knew to be false, fictitious, and fraudulent, by preparing and causing to be

1

prepared a joint 2011 U.S. Individual Income Tax Return (IRS form 1040) for taxpayer E.G. that defendant knew claimed materially false, fictitious, and fraudulent items that created the materially false claim for refund.

In violation of Title 18, United States Code, Sections 287 and 2.

Kenneth Magidson
United States Attorney
Southern District of Texas

*/s/ Charles J. Escher*

Charles J. Escher
Assistant U.S. Attorney
1000 Louisiana, Suite 2300
Houston, TX 77002
Tel: (713) 567-9716
Fax: (713) 718-3304